UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:21-cv-81-FL

| | |
|---|---|
| STEVEN C. FUCHS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF WASHINGTON, <br><br> Defendant. | ORDER MODIFYING SCHEDULING ORDER TO EXTEND DEADLINES |

This matter having come before the court on the parties' joint motion for modification of scheduling order to extend discovery and dispositive motions deadlines. (DE # ).

For good cause shown, the parties' motion is granted. The scheduling order is modified as follows:

A. Discovery

. . . .

   3. All discovery shall be commenced or served in time to be completed by June 9, 2022.

. . . .

   9. Disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, shall be served by Plaintiff by March 11, 2022, and by defendant by April 11, 2022. Disclosures and reports by any rebuttal experts shall be served by May 9, 2022 . . . .

10. Supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be served at such times and under such circumstances as required by that rule. In addition, such supplemental disclosures shall be served by May 2, 2022 . . . .

B. Motions

. . . .

3. All potentially dispositive motions shall be filed by July 11, 2022 . . . .

C. Alternative Dispute Resolution ("ADR")

. . . .

2. Mediation in this case is required to be conducted before the close of discovery, by June 9, 2022.

Signed: 1/12/22

_____
UNITED STATES DISTRICT COURT JUDGE