UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.: 4:21-CV-81-FL

STEVEN C. FUCHS,
    Plaintiff,

v.

CITY OF WASHINGTON,
    Defendant.

**ORDER AMENDING CASE MANAGEMENT ORDER TO EXTEND DEADLINES**

THIS CAUSE having come before the Court upon a Joint Motion to Amend the Case Management Order filed April 27, 2022.

WHEREFORE, the Court finds that good cause exists to modify the September 1, 2021 Case Management Order (DE 14) as previously amended (DE 17). THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The parties' April 27, 2022 Joint Motion to Amend the Case Management Order is GRANTED;

2. The Case Management Order (DE 14) as previously amended (DE 17) is hereby amended as follows:

A. Discovery

….

3. All discovery shall be commenced or served in time to be completed by August 8, 2022.

….

9. … Disclosures and reports by any rebuttal experts shall be served by July 8, 2022. ….

10. Supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be served at such times and under such circumstances as required by that rule. In addition, such supplemental disclosures shall be served by July 1, 2022….

B. Motions

….

      3. All potentially dispositive motions shall be filed by September 9, 2022….

C. Alternative Dispute Resolution ("ADR")

….

      2. Mediation in this case is required to be conducted before the close of discovery, by August 8, 2022.

….

SO ORDERED, this the 28th day of April, 2022.

                                  */s/ Louise W. Flanagan*
                                  LOUISE W. FLANAGAN
                                  United States District Judge