UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

STEVEN C FUCHS                          )
                    Plaintiff,          )
                                        )
v.                                      )        **AMENDED JUDGMENT**
                                        )        No. 4:21-CV-81-FL
CITY OF WASHINGTON                      )
                    Defendant.          )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 21, 2023,  and for the reasons set forth more specifically therein, it is ordered that defendant, City of Washington's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on September 12, 2023, and Copies To:**
Wesley A. Collins (via CM/ECF Notice of Electronic Filing)
M.H. Hood Ellis/ Marshall H. Ellis/ Benjamin Marshall Gallop (via CM/ECF Notice of Electronic Filing)


September 12,2023            PETER A. MOORE, JR., CLERK


                            _ /s/ Sandra K. Collins_____
                            (By) Sandra K. Collins, Deputy Clerk